**CHART OF VERIFICATIONS**

| File Hash | Title | File Verified to Be a Copy of Malibu's Work By |
|---|---|---|
| B6472FD775B75398B88620D687146D63AC5E4B13 | Be With Me | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04441-WHA, (N.D. Cal.). |
| 777247FB71CD95A57ACF1909D6ED8D2AE7CE76A9 | Blonde Perfection | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04112-WHA, (N.D. Cal.). |
| 095A466AF7F19C423B69471758703E44A8CE5A4A | Catching Up | Excipio, as set forth in the attached Declaration of Daniel Susac |
| F5F0BDFE986F2997D252C13D02D8DBAFCBD395C5 | Clean and Wet | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04157-WHA, (N.D. Cal.). |
| 40BABF2FFF7D6BAE98CBBC0A35C05B125A53333B | Come Close | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 2:15-cv-01143-JLG-EPD, (S.D. Ohio). |
| CDD685B73B549C0AADEABACC55BAB3A4032116F7 | Cum In Get Wet | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04172-WHA, (N.D. Cal.). |
| 1C2F8834E82024CC11E7DC2137E6DAB74223BBF2 | Cum Worthy | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04158-WHA, (N.D. Cal.). |
| 07B3A42CD8005257D89CE68D5C7CC0E51A3F31C2 | Do Not Keep Me Waiting Part #1 | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04162-WHA, (N.D. Cal.). |
| 6E7DBD6BB6E5C92AA3C8040D8BB7D5A7507374A8 | Do Not Keep Me Waiting Part #2 | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04163-WHA, (N.D. Cal.). |
| C6242D90D529F030A569A89F4527C49A550392F7 | Double Oh Heaven | Excipio, as set forth in the attached Declaration of Daniel Susac |
| D268FECEDBEF23BD2BAAF89B2E4947ECE328A24B | Double Tease | Excipio, as set forth in the attached Declaration of Daniel Susac |
| D28D22F95023B53569762696DDD7AF7AC0D5B9ED | Enjoy the Ride | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04162-WHA, (N.D. Cal.). |

| File Hash | Title | File Verified to Be a Copy of Malibu's Work By |
|---|---|---|
| F0629DA266C12CD1D88A38BEEE67B2018358192E | Every Mans Sexy Camping Trip | Excipio, as set forth in the attached Declaration of Daniel Susac |
| 3DA69765F2FF55247E187381187E2A02D2AE49BD | Exposed And Aroused | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04111-WHA, (N.D. Cal.). |
| 24F71D7670C038B1160526A498B0332A98A21F6F | Fashion Models Are Bisexual | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04111-WHA, (N.D. Cal.). |
| D5ABE1D926E20F257D3ECF003F28A733C2801684 | Forever You Part #2 | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04153-WHA, (N.D. Cal.). |
| 0A03FABE8B34753DE33F854DDBC58E9540F49703 | From Three to Four | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04109-WHA, (N.D. Cal.). |
| 91E3982CB5186025E4506BC3D87A7DCC8BCDD14E | Fuck Me More | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04172-WHA, (N.D. Cal.). |
| 04FE2672BC7EDD7B33DA781074B56917006CEC4F | Fucking Ballerinas | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04160-WHA, (N.D. Cal.). |
| 03673C517BBF05A205C3CD3E21960D648CDC9369 | Girls Just Want To Have Fun | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04291-WHA, (N.D. Cal.). |
| 1C270D98F32BE3DC936354EB57C8A4E43E256886 | Good Morning I Love You | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04291-WHA, (N.D. Cal.). |
| 75D80D1C22D33C98CA4377FA2929158AD7680255 | Group Sex | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04195-WHA, (N.D. Cal.). |
| 5A1B4EF8591CBF4005162C183F53A5CAC258464D | Hippie Chic | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04211-WHA, (N.D. Cal.). |
| B12FD522AE19822CE698F1A8916097D01F9DF31E | Hot Summer Rain | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04172-WHA, (N.D. Cal.). |

| File Hash | Title | File Verified to Be a Copy of Malibu's Work By |
|---|---|---|
| 45738ECE692A58C9587CE9C42F546B63C11A559F | In Bed With Me | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04172-WHA, (N.D. Cal.). |
| CA05BEEA4160AA8CE6D40729CF807C9C83C10A99 | Infinite Luvv | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04245-WHA, (N.D. Cal.). |
| A189C8003B41AE873A1AEEE7695AF7E64B7A52E8 | Introducing Kennedy | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 1:13-cv-06294, (N.D. Ill.). |
| 2B3F8791AF2DD858A42CCD8009B42E0D9B3A066D | Introducing Maya | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04112-WHA, (N.D. Cal.). |
| 26A0AC8959D02A7664DD617250DFCB3066A48F53 | Je Mappelle Belle | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04153-WHA, (N.D. Cal.). |
| 811E92CD5E2832F8F939DEACA414D51BCD0D22C6 | Just Natalia | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04111-WHA, (N.D. Cal.). |
| 2768D75FE9CC1F5841C1D1C5497A8072A28B350B | Keep Cumming Kylie | Excipio, as set forth in the attached Declaration of Daniel Susac |
| 34751866B9F5C5B1F6BA581DBBEE8B294C6E137E | Keep On Cumming | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04112-WHA, (N.D. Cal.). |
| 05F16E1C92D0BCC8F258A4F71F819DB33C82E22A | Light My Fire | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04088-WHA, (N.D. Cal.). |
| BC7D0860A55E1433B036B9ABDEDC551FEEC6C810 | Little Play Thing | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04172-WHA, (N.D. Cal.). |
| 85BD110006D9F34234D5CEFC72F50B9B211EF7E5 | Love From USA | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04176-WHA, (N.D. Cal.). |
| 0C3A9A7C97127021C729A01E4FCAA9BAEE5E1979 | Lovers Lane | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 1:15-cv-01860, (N.D. Ill.). |

| File Hash | Title | File Verified to Be a Copy of Malibu's Work By |
|---|---|---|
| C2E8A3B9CE3DE3289A1F375F6D5C2DFC340B8574 | Make Up Sex | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 1:15-cv-01883-LTS, (S.D.N.Y.). |
| AC5F28B4BB18B6A033D9612B63AAFF4CF0F4DB0B | Maybe Yes | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04111-WHA, (N.D. Cal.). |
| 053D28BBFA6D43E2EF6097A4CD6F3F35838ACA7C | Meet My Lover From Austria | Excipio, as set forth in the attached Declaration of Daniel Susac |
| 74538C81BB43F501334963E3648FCC043754150F | Midnight Passion | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04111-WHA, (N.D. Cal.). |
| A765ECB962208A7E6278D95C08A279D877646A89 | Morning Glory | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 1:14-cv-00575-TSB, (S.D. Ohio). |
| FB19F226C1720F9C293C5E9CB07021829E151D92 | One Show For Each | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04163-WHA, (N.D. Cal.). |
| 581FF1D65C98FFA2F93058993D80C3B9FE3EFB5E | Photo Fantasy | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:13-cv-00435-JAH-WMC, (S.D. Cal.). |
| 618638BCB2F745C93124A31AE8E166D1DE50E1F0 | Pink Magic | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 1:14-cv-10152-JMF, (S.D.N.Y.). |
| 53734BF32C4139FAE63551A5C719167261A8E99C | Playful and Wet | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04291-WHA, (N.D. Cal.). |
| 09B9198918325FAB7774263F262C06F53444AA83 | Pleasant Surprise | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 1:13-cv-06292, (N.D. Ill.). |
| 5853155E43D0D38726173FF22B237C761731CB31 | Poolside Pleasure | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04442-WHA, (N.D. Cal.). |
| 97DF2A6EFA8C43930D652EA6E5C5FED762AA0794 | Pure Aubrey | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04172-WHA, (N.D. Cal.). |

| File Hash | Title | File Verified to Be a Copy of Malibu's Work By |
|---|---|---|
| BFF1C09C95AAFBD0EC51A03D5F9E824E5B0EA189 | Sexy and Wild | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 2:15-cv-00100-SDW-SCM, (D.N.J.). |
| ADB8EAAB9E1AF222D0686290A504F7ECE186279D | She Bad | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 2:15-cv-01135-ALM-NMK, (S.D. Ohio). |
| E9E4359767D5B13DA01ED07689E7C2FBEAEBBBDB | Should Have Seen Your Face | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04111-WHA, (N.D. Cal.). |
| 6CDD1E92B5E4A214CAA5D3653EA8D02242F6F788 | Side by Side | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04157-WHA, (N.D. Cal.). |
| 534AB787BDC9B901404189DFCA7E4BA85910575A | Still Mine | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04169-WHA, (N.D. Cal.). |
| D718C9CE49154498DDE9969FAB4B7141A997905A | Strawberry Morning | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04153-WHA, (N.D. Cal.). |
| FC11782B70AA7239F0BA40589D6B845E5722192C | Summertime | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04157-WHA, (N.D. Cal.). |
| 2933034DF2BE7B72E90B064B99E04D3CC50155C1 | Super Cutie | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04172-WHA, (N.D. Cal.). |
| 3600967AF1038193B9DCB3400AC7D24C03BA9297 | Super Nymphs | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04172-WHA, (N.D. Cal.). |
| CEEC4586A7FAECFE6008569A9C3329AD39B32E08 | Tease and Please | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04163-WHA, (N.D. Cal.). |
| D2C11DD02939EB7761E25C07647B56192137EE79 | The Secretary | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04162-WHA, (N.D. Cal.). |
| FBC3E1D99BCA061464AE80BAE13EC938AE638AB3 | The Studio Part #2 | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04172-WHA, (N.D. Cal.). |

| File Hash | Title | File Verified to Be a Copy of Malibu's Work By |
|---|---|---|
| BBCCB8A3D690D7EBEDA2C631FF4AED3D0C90724F | Those Beautiful Lips | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04157-WHA, (N.D. Cal.). |
| 5E4C94426F363EC6A29574A4F617250137B8D1BE | Threes Company | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04157-WHA, (N.D. Cal.). |
| 7CB883A141A93B50A6BDB536F4ECDC4AA25C30D1 | Tie Her Up For Me | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04154-WHA, (N.D. Cal.). |
| D2CD93D4D495BC086BCE93073D261E956A2434AB | Tight and Wet | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04291-WHA, (N.D. Cal.). |
| 3D990A8BAC8FB5B10FCC9CDA739DC9FDB486876C | Too Hot To Handle | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04176-WHA, (N.D. Cal.). |
| 63A071C01093C3C31C62A02E42876F35216E44CB | UnBREElievable | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04111-WHA, (N.D. Cal.). |
| 1887FB6329626BA5D4E65F4E46763F036A1FAF62 | Under My Blanket | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 2:15-cv-01135-ALM-NMK, (S.D. Ohio). |
| 71DE9AE218951831C62CEC6AE20ACCBB53AA2E95 | Watching | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04111-WHA, (N.D. Cal.). |
| 4BA35D9CF9A56C10649D35CE49BE8732D7D996F9 | Why I Love Czech Girls | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 3:15-cv-04195-WHA, (N.D. Cal.). |
| 8B22F853A198DFB596751FFE6BAD929882291F77 | Yoga in the Sky | IPP, as set forth in the Declaration of Tobias Fieser in Case No. 2:15-cv-06880-ES-MAH, (D.N.J.). |